# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>JAIME ERNESTO RODRIGUEZ-MATA,<br><br>　　　　　Defendant | **CASE NO. 1:10-CR-0394 AWI**<br><br>**ORDER FOR RESPONSE FROM UNITED STATES TO MOTION FOR COMPASSIONATE RELEASE** |

　　On February 16, 2021, Defendant Jaime Ernesto Rodriguez-Mata, appearing pro se, moved for early release under 18 U.S.C. § 3582(c) and the First Step Act. See Doc. No. 14. On February 18, 2021, the Court referred Defendant's motion to the Federal Defender's Office for the Eastern District of California, pursuant to Eastern District of California General Order No. 595, and provided 21 days for Defendant to file a supplemental motion or notice of intent to stand on the original pro se motion. Doc. No. 15.

　　Defendant filed a supplemental motion on April 6, 2021. Doc. No. 16. Upon review, the Court has concluded that a response from the United States would be helpful in deciding Defendant's motion, particularly with respect to Defendant's apparent status as a deportable alien and arguments with respect to the sentencing enhancement applied to Defendant's incarceration. Id. at 1-2.

　　The United States is therefore given 14 days from electronic service of this order to file a

response to Defendant's motion. <u>See</u> Doc. Nos. 14 and 16. Defendant will then have seven days from electronic service of that response to file a reply if Defendant wishes to do so. Given the pandemic, the Court will consider reasonable requests for relief from this briefing schedule upon a showing of good cause.

IT IS SO ORDERED.

Dated:   April 15, 2021                              _____
                                                                                SENIOR  DISTRICT  JUDGE