PHILLIP A. TALBERT
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAIME ERNESTO RODRIGUEZ-MATA<br><br>Defendant. | CASE NO. 1:10-CR-00394-AWI<br><br>**STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE** |

On July 6, 2021, the defendant filed a motion to vacate and/or reduce his sentence in the above-referenced case. The government's response is currently due on July 13, 2021. The government has requested the defendant's records from the Bureau of Prisons, but it has not yet received the documents. Therefore, the Parties stipulate to continue the due date for the government's response until July 20, 2021. The defendant's reply will be due on July 27, 2021.

///

///

///

1

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: July 12, 2021                    /s/ Douglas Beevers
                                        DOUGLAS BEEVERS
                                        Counsel for the defendant

DATED: July 12, 2021                    /s/ Joseph Barton
                                        JOSEPH BARTON
                                        Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: July 13, 2021                    _____
                                        SENIOR DISTRICT JUDGE